1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| KURT A. WILLMAN, | CASE NO. 07cv0816 JM(PCL) |
| --- | --- |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION RE: GRANTING DEFENDANTS' MOTION TO DISMISS; GRANTING LEAVE TO AMEND |
| vs. | |
| ROBERT HERNANDEZ, Warden; et al. | |
| Defendants. | |

Having carefully considered Magistrate Judge Lewis' thorough and thoughtful Report and Recommendation Re: Granting Defendants' Motion to Dismiss ("R & R"), the record before the court, the absence of any objections to the R & R, and applicable authorities, the court adopts the R & R in its entirety.

In sum, the R & R is adopted in its entirety and the complaint is dismissed without prejudice. Plaintiff is also granted 25 days leave to amend from the date of entry of this order.

**IT IS SO ORDERED.**

DATED: February 28, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:        All parties

- 1 -

07cv0816